# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                            Case No. 14-CR-230

**ADAM MEYER**
    **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion to seal (R. 75) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk provide a copy of defendant's submission (R. 76) to counsel for the Intervenor, Steven P. Mandell, on an "Attorney's Eyes Only" basis, to be shared by him only with other attorneys in his firm and the Journal Sentinel's General Counsel, Hillary Ebach, until further order of the court.

**FINALLY, IT IS ORDERED** that on or before October 29, 2015, the Intervenor file, under seal, any objections to the proposed redactions.

Dated at Milwaukee, Wisconsin, this 22nd day of October, 2015.

                                          /s Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge