February 7, 2017

Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin
Courtroom 390
517 E. Wisconsin Ave.
Milwaukee, WI 53202

    Re: United States v. Adam Meyer, 14-CR-230

Dear Judge Adelman:

I am writing pursuant to the Mandatory Victims Restitution Act of 1996 and in advance of the sentencing of defendant Adam Meyer, presently scheduled for February 10, 2017. In light of Mr. Meyer's recent *Defense Sentencing Memorandum* (January 20, 2017), I respectfully request you consider this submission in your sentencing determination.

As previously disclosed to the Court, I am the person identified as "Victim A" in the indictment in this case. I concur with the factual allegations made in the indictment, and with the factual assertions recited in Attachment B to defendant Meyer's plea agreement filed on September 7, 2016.

The plea agreement was an important development in the life of this criminal case. Two years ago, I publically described the threats of violence, the display of a loaded handgun, and other actions taken by the defendant against me and my family. Though the whole episode has been over for several years, it was a difficult period and I acted, as best I could, to protect those closest to me. Fortunately, through focused effort, the troubling actions by the defendant had little impact on our family business. In addition, our commitment to organizations in Fond du Lac and our support of groups around the state continued unimpeded. I am grateful that no one was injured and that, ultimately, the full scheme was uncovered by law enforcement.

Throughout the investigation, I told the truth to the authorities, even at times when it was personally painful to acknowledge that I had been the subject of the defendant's plot. I cooperated with the authorities, and my description of events was verified by their inquiry and Mr. Meyer's guilty plea. Mr. Meyer continues to make numerous false statements about both me and those events, even as his attorney in the recent Defense Sentencing Memorandum acknowledges Mr. Meyer's "self-serving representations" and "impulsive, erratic, often irresponsible and frequently illegal behavior."

Again, I respectfully ask the Court to impose a requirement that Mr. Meyer not contact me in the future, and that the Court take into account the information in this letter, as well as other information the Court has gathered, when imposing sentence on Mr. Meyer.

Thank you for your consideration of my position with respect to this matter.

Respectfully submitted,

Gary Sadoff

2

Case 2:14-cr-00230-LA   Filed 02/09/17   Page 2 of 2   Document 134