August 18, 2020

Judge Lynn Adelman
United States Federal Courthouse
517 E. Wisconsin Avenue Room 390
Milwaukee, WI 53202

Dear Judge Lynn Adelman:

Thank you for taking time to read this letter. I started dating Adam Meyer before he went to prison. I am sure everyone writes you saying "how wonderful" their loved one is after they commit a crime. Therefore, I will not say how wonderful he is. I will say how wonderful he was before he was introduced to pain medication. This man would never take a drug, barely an aspirin. After an injury, eventually he succumbed to taking oxycodone. He changed.

Through this ordeal I have seen him suffer and lose so much. He lost the respect of his children, the community, and he lost his self-respect. This man was a great coach for the youth, a terrific father, and donated so much time to helping others. He has now suffered health issues while in prison. He had reconstruction knee surgery just 5 months ago after sustaining the injury over 2 years ago. He had been unable to walk, and had major swelling for over 27 months until surgery. Now, due to the pandemic, he never had one day of therapy so the knee is actually more swollen and painful. I am scared for him to now contract Covid-19, when it is rampant at FCI Miami. The institution has suffered their first death 2 weeks ago and over 100 people have gotten sick in the last 60 days.

Although he is suffering physically, mentally I have seen this great man for the last 6 years change back. He has worked so hard while in prison to continue to better himself. One night about 2 years ago, he cried and took full responsibility instead of point blame. He was honest with his children and my children about his mistakes. I have stuck by him, and just pray he comes home alive so we can begin our future. Indeed, with his health issues I am afraid.

Adam will have access to medical care at our expense and not at the expense of the government. I chose not to imagine the pain that he went through for over (2) years with not being able to put on his pants without struggling, walk to the shower, even walking into the visiting room without a serious limp. He did after all have a detached ACL. Regardless, he will have access to his family in order to continue rebuilding those relationships. Due to COVID-19 running rampant through the prison, they have canceled visitations. Even if they had not cancelled visits, his parents would not be able to come visit, due to his father's medical condition. Adam's fathers condition will not improve.

I work from the house and will have the ability to be supportive of his medical recovery and provide daily support. My children (12 & 14) are in the home with me fulltime. The relationship that they both have with Adam is extremely strong. The bond that they both share with Adam is more than we could have hoped for. We all have seen the incredible transformation that Adam has made surrounded by the most difficult environment. After everything that he has went through, we just pray that he will make it home to be part of this wonderful family that is incomplete without him. We have all grown from this experience and hope and pray that everyone's sacrifices were all for not. We love him and need him in our lives. He does make a difference.

Thank you for your consideration in his release, and I wish you and your family good health as well.

Sincerely,

*Kameron Knowlton*

Kameron Knowlton